# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NUMBER: 1:20-cv-01350-GSA<br><br>**ORDER DIRECTING FILING OF CONSENT FORM** |

　　　Pursuant to docket entry 6-1, the consent/decline form was due December 28, 2020. Accordingly, Plaintiff is directed to complete and file the consent/decline form (Doc. 6-2) within 20 days of the entry of this order.

IT IS SO ORDERED.

　Dated:　**April 12, 2021**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1