UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NUMBER: 1:20-cv-01350-GSA<br><br>**ORDER STRIKING DUPLICATIVE MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. 26) |

On November 9, 2021, contemporaneously with his reply brief Plaintiff filed a duplicative motion for summary judgment. Doc. 26.

Accordingly, it is **ORDERED** that docket number 26 is **STRICKEN**.

IT IS SO ORDERED.

Dated: __November 10, 2021__　　　　　　　　_____/s/ Gary S. Austin_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1